**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

C.A. No. 14-4106

Stephen Conklin v. Yvette Kane

M.D. Pa. Civ. No. 1-13-cv-03058

**O R D E R**

    Upon further consideration, it appears that it would not be appropriate at this time to submit this appeal to a panel of the Court to consider dismissal for lack of appellate jurisdiction. This ruling does <u>not</u> represent a determination that this Court has appellate jurisdiction over this matter. As in all other cases, the panel of this Court that reviews the case on its merits will make a final determination of appellate jurisdiction. A briefing schedule shall issue.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Dated:        April 21, 2015

eal/cc:       Stephen G. Conklin
              Tucker R. Hull, Esq.
              Thomas B. Schmidt, III, Esq.