UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

July 6, 2015
ECO-035

No. 14-4106

STEPHEN G. CONKLIN,
                      Appellant

v.

YVETTE KANE

(M.D. Pa. No. 1-13-cv-03058)

Present:     McKEE, Chief Judge, AMBRO, FUENTES, SMITH, FISHER, CHAGARES, JORDAN, HARDIMAN, GREENAWAY, JR., VANASKIE, SHWARTZ and KRAUSE, Circuit Judges

   1.    Motion by Appellant to be Heard En Banc on Appeals

                                                         Respectfully,
                                                         Clerk/dwb

_____ORDER_____

The foregoing motion is DENIED.

                                                         By the Court,

                                                        s/ Theodore A. McKee
                                                        Chief Judge

Dated: July 7, 2015
DWB/arr/cc: SGC; TRH; TBS